PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| United States of America | ) |  |
|---|---|---|
|  | ) |  |
| vs | ) |  |
|  | ) |  |
| Carmen Jimenez | ) | Case No. 06-cr-00416-REB-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Carmen Jimenez, have discussed with Thomas Meyer, Probation Officer, modification of my release as follows:

The defendant shall undergo an evaluation and ingest monitored Antabuse, if not medically contraindicated, as directed by the probation officer. The defendant will be required to pay the costs of the evaluation and Antabuse, as directed by the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/11/06  _____  12/11/06
Signature of Defendant     Date     Probation Officer       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____         12/12/06
Signature of Defense Counsel    Date

_____ (NEFF)           12/12/06
Signature of Assistant U.S. Attorney   Date

[ ]   The above modification of conditions of release is ordered, to be effective on 12/18/06

[ ]   The above modification of conditions of release is **not** ordered.

_____         12/18/06
Signature of Judicial Officer    Date